**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | 8501 Fort Hamilton Parkway Ltd. | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-3830720 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 40 Jenna Lane <br> Staten Island, NY 10304 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Richmond | **Location of principal assets, if different from principal place of business** |
| | | County | 8501 Fort Hamilton Parkway Brooklyn, NY 11209 |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    8501 Fort Hamilton Parkway Ltd.                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __5313__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                       Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | 8501 Fort Hamilton Parkway Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | 8501 Fort Hamilton Parkway Ltd. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 4, 2024___
MM / DD / YYYY

**X** /s/  Muhamet Nikezi                          Muhamet Nikezi
Signature of authorized representative of debtor          Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Kevin Nash                          Date    October 4, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  knash@gwfglaw.com

NY
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                                  Chapter 11

8501 Fort Hamilton Parkway Ltd.,                                        Case No.

                                    Debtor.

---------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of shareholders and directors of 8501 Fort Hamilton Parkway Ltd. (the "Company") held on October 4, 2024, and upon the unanimous consent of the shareholders and directors after motion duly made and carried, it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated:  New York, New York
        October 4, 2024

                                    8501 Fort Hamilton Parkway Ltd.


                                    By:     /s/ Muhamet Nikezi
                                            Name:  Muhamet Nikezi
                                            Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                                          Chapter 11

8501 Fort Hamilton Parkway Ltd.,                                 Case No.

                                              Debtor.

-------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Muhamet Nikezi declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the sole shareholder and president of 8501 Fort Hamilton Parkway Ltd. (the "Debtor"). I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the Debtor's filing of a voluntary petition under Chapter 11 of the Bankruptcy Code.

### Events Leading to the Chapter 11 Filing

2.      The Debtor is the owner of certain residential property acquired in 1995 located at 8501 Fort Hamilton Parkway, Brooklyn, NY (the "Property"). The Property is encumbered by a mortgage held by Flagstar Bank as successor by merger to New York Community Bank ("Flagstar"), securing a loan refinanced on or about April 14, 2022 in the original sum of $4,900,000.

3.      The Property is improved by a four-story residential apartment building with 19 rooms per floor (the "Building"). Although the Building has historically had a very high occupancy rate (there are currently only 4 vacancies), as a result of the Covid-19 pandemic and its aftermath rent collections fell dramatically. Before Covid, the Building generated monthly rents of approximately $71,000, which enabled the Debtor to easily pay back debt service

without default.  After the onset of Covid 19 rent collection fell to approximately $36,000 per month due to vacancies and non-payment.

4.      I negotiated stand still agreements with many of the tenants, pursuant to which I was permitted to apply security deposits against unpaid rent, but many tenants never caught up, and I estimate current unpaid rents of nearly $2 million, against a currently monthly rent roll of approximately $77,000.

5.      Although the Building started to rebound in recent months, the mortgage debt fell into default about a year ago, exacerbated by a number of violations which all arose out of Covid because the City could not inspect the apartments.  A foreclosure action was commenced by Flagstar on March 15, 2024.  A Receiver was appointed by Order dated August 21, 2024, precipitating the need for the Chapter 11 filing.

6.      It is my belief that in the near term the Building will generate sufficient funds to pay post-petition debt service going forward, particularly if I am given sufficient time to collect the significant rent arrears.  The overall exit strategy is to pursue a refinancing and/or sale of the Property under a toggle-type plan.

7.      The Property was originally purchased by my father almost thirty years ago, and my family has devoted significant time and resources to its operation.  I certainly do not want to see the Property forfeited thought foreclosure.

### **Assets and Capital Structure**

8.      Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

9.      Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is attached hereto.

10.     Pursuant to Local Rule 1007-4(a)(vii), the Debtor has one mortgage creditor, Flagstar, as well as outstanding real estate taxes of approximately $221,000 and disputed claims asserted by the City of New York for ECB violations.

11.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities are set forth in the bankruptcy schedules and statements filed herewith.

12.     Pursuant to Local Rule 1007-4(a)(ix), the stock interest in the Debtor is not publicly traded and is held by the undersigned as the 100% equity holder.

13.     Pursuant to Local Rule 1007-4(a)(x), a Receiver was appointed by Order dated August 21, 2024.  Although the Receiver has qualified by the filing of a bond, there has been no reporting regarding the collection of rents.

14.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located at my offices in Staten Island, NY.

15.     Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is filed herewith.

16.     Pursuant to Local Rule 1007-4(a)(xiv), I serve as the Manager of the Debtor with compensation of $15,000 per month.

17.     Pursuant to Local Rule 1007-4(a)(xv), the Debtor has no current employees, other than the super.

18.    Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant unordinary income or expenses in the next 90 days, except for the administrative costs of the Chapter 11 case and my salary.

Dated: New York, New York
        October 4, 2024

                              8501 Fort Hamilton Parkway Ltd.


                       By:    /s/ Muhamet Nikezi
                              Name: Muhamet Nikezi
                              Title:   President

`UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                                      Chapter 11

8501 Fort Hamilton Parkway Ltd.,                                            Case No.

                              Debtor.
--------------------------------------------------------------x


## LIST OF EQUITY HOLDERS


        Muhamet Nikezi     100%




Dated: New York, New York
        October 4, 2024

                              8501 Fort Hamilton Parkway Ltd.


                              By:    /s/ Muhamet Nikezi
                                     Name: Muhamet Nikezi
                                     Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                        Chapter 11

8501 Fort Hamilton Parkway Ltd.,                              Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

    1.     Flagstar Bank, N.A. v. 8501 Fort Hamilton Parkway Ltd. et al
         Index No. 507710/2024
         Supreme Court, Kings County

         Craig L. Steinfeld, Esq.
         *Attorney for the Plaintiff*
         Sherman Atlas Sylvester & Stamelman LLP
         210 Park Avenue, 2nd Floor
         Florham Park, NJ 7932

Dated: New York, New York
       October 4, 2024

                     8501 Fort Hamilton Parkway Ltd.


                     By:    /s/ Muhamet Nikezi
                             Name:  Muhamet Nikezi
                             Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

8501 Fort Hamilton Parkway Ltd.,                          Case No.

                              Debtor.
-------------------------------------------------------------x

## **RULE 7.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, 8501 Fort Hamilton Parkway Ltd.certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
        October 4, 2024

                              8501 Fort Hamilton Parkway Ltd.


                    By:     /s/ Muhamet Nikezi
                            Name: Muhamet Nikezi
                            Title:   President

**Fill in this information to identify the case:**

Debtor name    8501 Fort Hamilton Parkway Ltd.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 4, 2024     **X** /s/   Muhamet Nikezi
                                              Signature of individual signing on behalf of debtor

                                              Muhamet Nikezi
                                              Printed name

                                              President
                                              Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>8501 Fort Hamilton Parkway Ltd.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | TD Bank | Checking | | $10,000.00 |
| 3.2. | Flagstar | Checking | | $0.00 |
| 3.3. | Flagstar | Security Deposits | | $50,000.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $60,000.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    8501 Fort Hamilton Parkway Ltd.                                          Case number *(If known)* _____
         Name

**11.**    **Accounts receivable**

   11a. 90 days old or less:    _____0.00    -    _____0.00    = ....    _____Unknown
                              face amount                    doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                    | $0.00 |
         Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

**54. Does the debtor own or lease any real property?**

☐ No.    Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. |  |  |  |  |
| 8501 Fort Hamilton Parkway LLC | Fee Simple | $8,000,000.00 |  | $8,000,000.00 |

Debtor    <u>8501 Fort Hamilton Parkway Ltd.</u>            Case number *(If known)* _____
           Name

| | |
|---|---|
| 56. | **Total of Part 9.** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. |
| | Copy the total to line 88. |

$8,000,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.    Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.    Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    <u>8501 Fort Hamilton Parkway Ltd.</u>                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $8,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $60,000.00 + 91b. | $8,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,060,000.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    8501 Fort Hamilton Parkway Ltd. |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |
| **2.1** Flagstar Bank, N.A. | Describe debtor's property that is subject to a lien<br>8501 Fort Hamilton Parkway LLC | $4,900,000.00<br>plus interest | $8,000,000.00 |
| Creditor's Name<br>NYCB Plaza<br>102 Duffy Avenue<br>Hicksville, NY 11801 | | | |
| Creditor's mailing address | Describe the lien<br>Mortgage | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an<br>interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$4,900,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you<br>enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
| --- | --- | --- |
| Craig Steinfield, Esq.<br>c/o Sherman Atlas et al<br>210 Park Avenue, 2nd Floor<br>Florham Park, NJ 07932 | Line   2.1 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    8501 Fort Hamilton Parkway Ltd.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Total claim: Unknown    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
NYC Dep't of Finance
Legal Affairs, Collection Unit 375
Pearl St Apt 30
New York, NY 10038-1442

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $221,957.81    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
Real estate taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Total claim: Unknown    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

| Debtor | 8501 Fort Hamilton Parkway Ltd. | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|-----------------|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Harry Horowtiz<br>446 Avenue P<br>Brooklyn, NY 11223 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Receiver | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Muhamet Nikezi<br>40 Jenna Lane<br>Staten Island, NY 10304 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,406.68 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Salary | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>National Grid<br>PO Box 11791<br>Newark, NJ 07101-4791 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $48,000.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>New York City Water Board<br>5917 Junction Blvd Fl 8<br>Flushing, NY 11373-5188 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $175,000.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>NYC Environmental Control Board<br>66 John St Fl 10<br>New York, NY 10038-3772 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $600.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|--------------------------------------------------------------------------|----------------------------------------|
| 4.1 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  2.2 <br><br>☐  Not listed. Explain _____ | _ |
| 4.2 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  3.5 <br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line  2.3 <br><br>☐  Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    8501 Fort Hamilton Parkway Ltd.                          Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                221,957.81 |
| **5b. Total claims from Part 2** | 5b. + | $                250,006.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                471,964.49 |

**Fill in this information to identify the case:**

Debtor name    8501 Fort Hamilton Parkway Ltd.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>     List the contract number of any government contract | See attached rent roll |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     

| APT | TENANT | LEASE EXP. | RENT PAID |
|-----|--------|-----------|-----------|
| 1-A | Morales Louis | 10/30/25 | $1,460 |
| 1-B | Goksen Dogan &Ugar Adkabn | 04/30/2025 | $2,104 |
| 1-C | Zuckerman Irene | 08/26/2026 | $1,850 |
| 1-D | Temmes Jane | | $1,775 |
| 1-E | Jaquin Colon | 04/15/2024 | $1,460 |
| 1-F | Hirma Rivera & Nilda Frankco | 08/31/2025 | $1,827 |
| 1-G | Vargas Julia & Angelo | 04/30/2025 | $1,785 |
| 1-H | Noreen R. Peterson & David F. Tripelke | 05/31/2025 | $1,640 |
| 1-J | Troiano D | 11/31/2025 | $1,133 |
| 1-K | Michal Lee | 04/30/2025 | $1,360 |
| 1-L | Soliman | 02/29/2025 | $1,800 |
| 1-M | Khorska | 07/31/2025 | $837 |
| 2-A | Martinson, Judith | 05/31/2025 | $1,324 |
| 2-B | J. Diming & C, Angoli | 09/30/2025 | $1,790 |
| 2-C | Palicar, Jorge | 12/31/2024 | $1,200 |
| 2-D | Garcia, Adrian & Trancosa, Ana | 02/28/2025 | $2,320 |
| 2-E | Husany, Jacob | 12/31/2024 | $1,800 |
| 2-F | VACANT | | $1,840 |
| 2-G | Guardano, Abiloo & Munez, Melinda | 04/30/2022 | $1,604 |
| 2-H | Sajen Blair | 08/31/2024 | $1,750 |
| 2-J | Dioro, PH | 12/31/2024 | $1,046 |
| 2-K | Arias, Daniel | 12/31/2024 | $1,300 |
| 2-L | Deintonie, Beatriz | 12/09/2024 | $1,900 |
| 2-M | Maxwell, Paul & Martinez, Cailann | 12/31/2025 | $1,620 |
| 2-N | Sulivan, D | 01/31/2026 | $1,474 |
| 3-A | Block Nikolas & D, Monika | 05/31/2025 | $1,747 |
| 3-B | Arghiere, M | 12/31/2024 | $1,460 |
| 3-C | Crocco, M | 02/28/2026 | $990.58 |
| 3-D | Morck, J | 09/22/2025 | $1,174.31 |
| 3-E | Bica, Angel | 12/31/2024 | $1,500 |
| 3-F | Sherif, M | 12/31/2024 | $1,158.91 |

| 3-G | Rinaldi, S | 11/30/2024 | $900 |
|-----|------------|------------|------|
| 3-H | Perez, Chrystal | 09/30/2025 | $1,610 |
| 3-J | Matias, Yvonne | 02/28/2025 | $1,100 |
| 3-K | Nera, Louis | 02/28/2025 | $1,450 |
| 3-L | CMWY, Joseph | 04/30/2025 | $1,425 |
| 3-M | Quterrez, J | 03/31/2025 | $1,344 |
| 3-N | Kisankumar, Patel | 03/31/2025 | $1,760 |
| 4-A | Hua, Ku | 2/28/2025 | $1,429 |
| 4-B | Garcia, Elizabeth | 11/30/2024 | $1,141 |
| 4-C | Suejay, Garcia | 08/31/2024 | $1,457.32 |
| 4-D | Soto, Hector | 11/30/2024 | $1,489.83 |
| 4-E | Czakiel, Margorzata | 08/31/2025 | $1,520 |
| 4-F | Ortiz, Ricard | 08/21/2025 | $1,800 |
| 4-G | Vacant | | $1,650 |
| 4-H | Rice, Kristine | 03/14/2025 | $1,420 |
| 4-J | Andranikian, Alina | 09/14/2025 | $1,511 |
| 4-K | J, Beaz | 05/31/2025 | $1,115.97 |
| 4-L | Sigal, Julia | 02/28/2025 | $1,407.24 |
| 4-M | M, Yazid | 11/30/2024 | $1,370 |
| 4-N | Laccaya JR, Alberto | 02/28/2026 | $1,800 |
| | | | $76,730 |

**Fill in this information to identify the case:**

Debtor name    8501 Fort Hamilton Parkway Ltd.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Muhamet Nikezi | 40 Jenna Lane<br>Staten Island, NY 10304 | Flagstar Bank, N.A. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     8501 Fort Hamilton Parkway Ltd.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................. $ 8,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $ 60,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $ 8,060,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 4,900,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 221,957.81

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ 250,006.68

4.  **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b                                                                         $ 5,371,964.49

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    8501 Fort Hamilton Parkway Ltd.             Case No. _____
                                Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date:    October 4, 2024                /s/  Muhamet Nikezi
                                         Muhamet Nikezi/President
                                         Signer/Title

Date:    October 4, 2024                /s/ Kevin Nash
                                         Signature of Attorney
                                         Kevin Nash
                                         Goldberg Weprin Finkel Goldstein LLP
                                         125 Park Ave
                                         New York, NY 10017-5690
                                         Fax:

Craig Steinfield, Esq.
c/o Sherman Atlas et al
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932

Flagstar Bank, N.A.
NYCB Plaza
102 Duffy Avenue
Hicksville, NY 11801

Harry Horowtiz
446 Avenue P
Brooklyn, NY 11223

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Muhamet Nikezi
40 Jenna Lane
Staten Island, NY 10304

National Grid
PO Box 11791
Newark, NJ 07101-4791

New York City Water Board
5917 Junction Blvd Fl 8
Flushing, NY 11373-5188

NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl New York, NY 10038-1442

NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205