# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN\*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO\*
ELIZABETH SMITH\* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF\*
YAN LAURENCY
ERIK ZARATIN◦
NEIL I. ALBSTEIN\*
ELLIOT FINK
ERICA D. VITANZA\*

J. TED DONOVAN
SERGIO J. TUERO\*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
AMANDA ZIFCHAK
AARON GOLDBLUM\*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*  ALSO MEMBER OF NEW JERSEY BAR
†  ALSO MEMBER OF MASSACHUSETTS BAR
◦  ALSO MEMBER OF CONNECTICUT BAR
"  ALSO MEMBER OF CALIFORNIA BAR
♦  ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

July 11, 2025

*Via ECF and Email*
Hon. Nancy H. Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

Re:   8501 Fort Hamilton Parkway Ltd.
      Case No. 24-44150-NHL

Dear Judge Lord:

I write on behalf of the above referenced Debtor. The auction sale of the Debtor's real property is scheduled for July 16, 2025 at 3:30 pm. As disclosed at the June 24, 2025 hearing, Muhamet Nikezi, sole equity holder in the Debtor, was recently diagnosed with cancer and underwent surgery on June 13, 2025. Mr. Nikezi is currently receiving follow up chemotherapy treatment. Copies of letters from his doctors describing his condition are enclosed herewith for the Court's ready reference.

Mr. Nikezi has been seeking refinancing in an effort to avoid the sale of the property, a four-story residential apartment building located at 8501 Fort Hamilton Parkway, Brooklyn, NY. Earlier this week Mr. Nikezi obtained a term sheet from RFA Capital Corp. pre-approving him for financing in the amount of $3,250,000. A copy is enclosed herewith.

      Notwithstanding this development and Mr. Nikezi's unfortunate illness, the secured lender, Flagstar Bank, N.A., has refused the Debtor's request for a 30 day adjournment of the auction sale. We believe that in light of the seriousness illness suffered by Mr. Nikezi which has impeded his efforts at refinancing, a short extension of the sale schedule is reasonable. Accordingly, we intend to make a request for a postponement at the next hearing scheduled for July 22, 2025 at 10:00 a.m.

                                                                                         Respectfully yours,

                                                                                          J. Ted Donovan

Enclosures
cc:    Sheila Calello, Esq.
       Joseph Lubertazzi, Jr., Esq.
       Mr. Muhamet Nikezi



MAIN CAMPUS HAUPT NEUROSURGERY
425 EAST 67TH STREET
NEW YORK NY 10065

June 27, 2025

Patient: **Muhamet Nikezi**
Date of Birth: **2/12/1970**
Date of Visit: **6/27/2025**

To Whom It May Concern:

Mr. Muhamet Nikezi is a current patient of mine at Memorial Sloan Kettering Cancer Center. I am writing to provide a summary of recent surgical care. On June 13, 2025, I performed an emergency thoracic decompression on Mr. Nikezi. The procedure included a posterior spinal fusion from T9 to T11, T10 decompression, and resection of an epidural tumor. Surgical pathology confirmed the diagnosis of Diffuse Large B-Cell Lymphoma (DLBCL), germinal center B-cell-like immunophenotype. Mr. Nikezi is scheduled for a postoperative follow-up appointment in my office on July 1, 2025.

If you require any additional information, please do not hesitate to contact my office at 212-639-8526. Please grant him every consideration at this time.

Sincerely,

Mark H. Bilsky, MD

RE: Nikezi, Muhamet -- MR#: 39067938                                                                                      Page 1



**Memorial Sloan Kettering Cancer Center**

**Paul Hamlin, MD**
Medical Director for the David H. Koch Center
Memorial Sloan Kettering Cancer Center
Department of Medicine, Lymphoma Service

530 East 74th Street, New York, NY 10021
T 646.608.3706  F 646.422.2164
www.mskcc.org

July 8, 2025

RE: Muhamet Nikezi
DOB: 7/17/1985

To Whom It May Concern:

Muhamet Nikezi is a patient under my care at Memorial Sloan Kettering Cancer for Diffuse Large B Cell Lymphoma. Mr. Nikezi is currently receiving chemotherapy treatment every three weeks with Rituximab, Cyclophosphamide, Etoposide, and Doxorubicin. Side effects from treatment include but is not limited to immunosuppression, gastrointestinal disturbance, weakness and fatigue. It is recommended that he minimize stress at this time to support his recovery.

If you have any questions, contact my office at #646-608-3706.

Sincerely,

*Paul Hamlin, MD*

Paul Hamlin, MD

NCI-designated Comprehensive Cancer Center



# RFA Capital Corp.

Registered Mortgage Broker NYS & CT & FL Banking Department
P 914.393.4509 F 914.219.1079 Robert@rfacap.com

07/09/2025

To whom this may concern,
Please be advised after careful review of assets, income, and credit Ford Hamilton Parkway LTD. has been pre-approved for a Commercial Mortgage Loan Program with the following stipulations.

1.) NYS Property
2.) Investment Property
3.) 51 Family
4.) Purchase Price 3,250,000

Please feel free to contact me with any questions you may have. Please keep any information received confidential. Thank you

Best Regards,

**Robert F Alberga 156846
President
RFA Capital Corp.  156632
Licensed NYS & CT & FL Banking Department
914.393.4509  C
914. 219.1079 F
Robert@rfacap.com
www.rfacapitalcorp.com**