Case 1-24-44150-nhl    Doc 50    Filed 07/14/25    Entered 07/14/25 09:30:20



**Joseph Lubertazzi, Jr.**
Partner

T. 973-639-2082
F. 973-624-7070

jlubertazzi@mccarter.com

McCarter & English, LLP

Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, NY 10019-7475

www.mccarter.com

July 14, 2025

**VIA ECF AND E-MAIL**

Honorable Nancy Hershey Lord, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:  **In re 8501 Fort Hamilton Parkway Ltd. ("Debtor")**
           **Case No. 24-44150-nhl**

Dear Judge Lord:

This firm represents Flagstar Bank, N.A. (the "Bank"), the secured creditor in this proceeding. We write in response to Debtor's request for a 30-day postponement of the auction sale that has been scheduled and marketed since April 2025. [ECF Doc. 46] The bids are due tomorrow and the auction is scheduled for July 16.

Debtor shamelessly attempts to paint the Bank as callous but provides the Court with only a fraction of the facts. For example, Debtor has failed to meet its reporting and payment obligations for use of the rents, has failed to file a Plan by the May 9, 2025 deadline, has failed to address mounting fines and penalties for City reporting obligations and has failed to pay real estate taxes. In addition, Debtor has purportedly dismissed its property manager and it is unknown who if anyone is collecting rents for at least the last two months. Most importantly, however, the Bank's claim, acknowledged by Debtor, is in excess of $6,000,000 and the refinancing commitment is for $3,250,000. The Bank has rejected this proposal.

Accordingly, and because the situation will only deteriorate further if there is a 30-day extension, the Bank objects to the adjournment request.

Please have a member of Your Honor's staff contact me should the Court require any additional information.

Respectfully,


/s *Joseph Lubertazzi, Jr.*

Joseph Lubertazzi, Jr.

cc:    Via ECF:
        Kevin Nash, Esq.
        Ted Donovan, Esq.
        U.S. Trustee

ME1\54208022.v1