UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                              Chapter 11

8501 Fort Hamilton Parkway Ltd.,                Case No. 24-44150-NHL

                                   Debtor.
----------------------------------------------------------------x

## NOTICE OF AUCTION RESULTS

        PLEASE TAKE NOTICE THAT that an auction was conducted on Thursday, July 17, 2025 at the offices of Northgate Real Estate Group as broker. The undersigned supervised the auction, which was conducted by Matthew Manion. Attached hereto as Exhibit "A" is a summary of the bidding at the auction. The auction ended with a high bid of $4.2 million (the "High Bid") from Nancy Xu. This bid remains subject to final approval of the Lender and a potential alternate refinancing in an amount satisfactory to the Lender. To date, the Lender has not yet indicated its final position on the High Bid.

Dated:   New York, New York
            July 21, 2025

                                   Goldberg Weprin Finkel Goldstein LLP
                                   Attorneys for the Debtor
                                   125 Park Avenue, 12th Floor
                                   New York, New York 10017
                                   (212) 221-5700

                                   By:     /s/ *Kevin J. Nash, Esq.*

**Exhibit A**

Summary of Bids

| Bidder | Amount Bid |
|---|---|
| Nancy Xu | $3,600,000 |
| Mousa Lati | $3,650,000 |
| Jim Bantis | $3,700,000 |
| Mousa Lati | $3,750,000 |
| Jim Bantis | $3,800,000 |
| Mousa Lati | $3,850,000 |
| Jim Bantis | $3,900,000 |
| Mousa Lati | $3,950,000 |
| Jim Bantis | $4,000,000 |
| Mousa Lati | $4,010,000 |
| Jim Bantis | $4,020,000 |
| Ed Korsinsky | $4,030,000 |
| Jim Bantis | $4,040,000 |
| Nancy Xu | $4,050,000 |
| Jim Bantis | $4,060,000 |
| Nancy Xu | $4,070,000 |
| Mousa Lati | $4,080,000 |
| Nancy Xu | $4,100,000 |
| Ed Korsinsky | $4,110,000 |
| Nancy Xu | $4,120,000 |
| Ed Korsinsky | $4,130,000 |
| Nancy Xu | $4,150,000 |
| Ed Korsinsky | $4,160,000 |
| Nancy Xu | $4,170,000 |
| Ed Korsinsky | $4,180,000 |
| Nancy Xu | $4,200,000 |