UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              Chapter 11

8501 Fort Hamilton Parkway Ltd.,                    Case No. 24-44150-NHL

                            Debtor.
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE that all matters scheduled before Judge Nancy H. Lord tomorrow on November 18, 2025 have been adjourned and shall be heard via Webex platform on December 11, 2025 at 2:00 p.m.

Dated:  New York, New York
         November 17, 2025

                                          Goldberg Weprin Finkel Goldstein LLP
                                          *Attorneys for the Debtor*
                                          125 Park Avenue, 12th Floor
                                          New York, New York 1017
                                          (212) 221-5700

                                          By:    /s/ Kevin J. Nash


To Counsel via ECF