UNITED STATES BANKRUPTCY COURT      Hearing Date and Time:
EASTERN DISTRICT OF NEW YORK      March 25, 2026 at 1:00 p.m.
---------------------------------------------------------x
In re:      Chapter 11

8501 Fort Hamilton Parkway Ltd.,      Case No. 24-44150-NHL

            Debtor.
---------------------------------------------------------x

## DEBTOR'S RESPONSE TO LENDER'S MOTION TO COMPEL

8501 Fort Hamilton Parkway Ltd. (the "Debtor"), as and for its response to the motion

[ECF No. 86] (the "Motion") of Flagstar Bank as successor by merger to New York Community

Bank ("Flagstar") to compel compliance with a prior Stipulation and Order of this Court dated

December 22, 2026 [ECF No. 84] (the "Stipulation"), respectfully alleges and states as follows:

1. The Debtor originally commenced the Chapter 11 case in an effort to save its real

property located at 8501 Fort Hamilton Parkway, Brooklyn, NY (the "Property"). The Property is

improved by a four-story residential apartment building with 19 rooms per floor and is encumbered

by a mortgage held by Flagstar securing a loan refinanced on or about April 14, 2022 in the original

sum of $4,900,000.

2. After unsuccessful efforts by the Debtor to refinance the debt, the Debtor attempted

to reach agreement with Flagstar on an acceptable bankruptcy sale process. These efforts also

failed, and the Debtor consented to the Stipulation which provided, *inter alia*, for vacatur of the

automatic stay so that Flagstar could proceed with its state court foreclosure action.

3. The Stipulation also required that:

Within twenty (20) days of entry of this Order, Debtor shall provide to Lender a rent ledger
of all Rents collected on a tenant-by-tenant, month-by-month basis for the 2025 calendar
year, and shall provide an accounting to Lender of the use and application of the Rents.

4. Flagstar now moves to compel compliance with the requirement for production of

the rent ledger and seeks contempt penalties, as well as legal fees in connection with its Motion.

5.      The Debtor is a single member limited liability company, owned by Muhamet Nikezi, who is represented by his own counsel, John Giampolo, Esq.  All ledgers and related records are in the possession of Mr. Nikezi, and the Motion should be directed to him.

6.      Moreover, with the stay vacated and there being no assets, there is no reason for the Chapter 11 case to continue.  Flagstar has recommenced the foreclosure action and obtained the appointment of a Receiver, who has full powers to manage the Property, collect rents and seek information from Mr. Nikezi.  It is respectfully submitted that Flagstar should pursue its remedies, including requests for documents and ledgers, through the Receiver in the state court.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order consistent with the foregoing.

Dated: New York, NY
       March 24, 2026

Goldberg Weprin Finkel Goldstein LLP
*Counsel for the Debtor*
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700


By: */s/ J. Ted Donovan, Esq.*