# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
JARED STEINBERG♦
M. BRIAN CRONK
───────────
J. TED DONOVAN
BRIAN W. KEMPER
STEVEN J. FERGUSON
SERGIO J. TUERO*
JAY E. SIMENS
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN
MARK A. DOUGLAS
BRYANT P. CHURBUCK

**125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518**
───────────
BARRY E. ZWEIGBAUM
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)
───────────
EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
HARVEY GOLDSTEIN (1930 – 2025)
───────────
*    ALSO MEMBER OF NEW JERSEY BAR
†    ALSO MEMBER OF MASSACHUSETTS BAR
◊    ALSO MEMBER OF CONNECTICUT BAR
°    ALSO MEMBER OF CALIFORNIA BAR
♦    ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

April 30, 2026

***Via ECF***

Hon. Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

Re:    8501 Fort Hamilton Parkway Ltd.
       Case No. 24-44150-ESS

Dear Judge Stong:

Please accept this letter as an update on the status of the production of information by the Debtor. Since we were last in Court, the Debtor has provided copies of most of the monthly bank statements dating back to May, 2025, as well as detailed accountings of rents collected (and rents remaining unpaid) for several of the months during this period. There was a conference call among counsel on April 22, 2026, during which receipt of the documents was acknowledged, and certain missing documents were identified. I have sionce spoken with the principal of the Debtor, and I anticipate that the balance of the requested information will be produced by the end of this week, which should resolve the pending motion to compel.

Respectfully yours,

/s/ J. Ted Donovan

cc: All counsel via ECF filing.