**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

8501 Fort Hamilton Parkway Ltd.,

      Debtor.

Chapter 11

Case No. 24-44150-ESS

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR INTERESTED PARTY

**PLEASE TAKE NOTICE** that the undersigned attorney hereby withdraws appearance for interested party, Muhamet Nikezi, in the above-referenced case and requests to be removed from any and all service lists in this case, including the Court's CM/ECF notification list for this case.[1]

DATED: April 30, 2026

        **WINTHROP GOLUBOW HOLLANDER, LLP**

        */s/ John D. Giampolo*
        521 5th Avenue, 17th Floor
        New York, New York 10175
        John D. Giampolo
        Email: jgiampolo@wghlawyers.com
        Tel: 917.361.3400

---

[1] As I previously informed the Court, while I never filed a formal appearance, I have appeared at hearings in the past as counsel for interested party, Muhamet Nikezi, principal of the Debtor in this matter.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-44150-ESS |
| 8501 Fort Hamilton Parkway Ltd., |  |
| Debtor. |  |

## CERTIFICATE OF SERVICE

JOHN D. GIAMPOLO, ESQ., an attorney duly licensed to practice law, under the penalties of perjury, hereby affirms the truth of the following:

1.      I am a Partner at the law firm of Winthrop Golubow Hollander, LLP.

2.      On April 30, 2026, I caused a copy of the above *Notice of Withdrawal of Appearance as Counsel for Interested Party* to be served upon all counsel of record for this case via ECF filing as well as the recipients on Schedule "A" hereto via email.

I affirm, under the penalties of perjury, that the foregoing is true and correct.

Dated: New York, New York
         April 30, 2026

**WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ John D. Giampolo*
521 5th Avenue, 17th Floor
New York, New York 10175
Telephone: (917) 361-3400

**Schedule "A"**

Muhamet Nikezi
Email: muhametnikezi@yahoo.com